In the Matter of the Claim of NELLIE A. MCDOWELL, Respondent, against FLATBUSH CONGREGATIONAL CHURCH et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 5, 1938; decided January 25, 1938.

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs. (See *Matter of Moochler* v. *Herrick & Son*, 272 N. Y. 545.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.